DOCUMENT
ELECTR... FILED
DOC#: ~~~~
DATE: JUL 23 2014

PROB 22
(MD/PA 6/2013)

**TRANSFER OF JURISDICTION**

14 CRIM 490

| DOCKET NUMBER (Tran. Court) |
|---|
| 0314 3:06CR00163-001 |

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rafael Figueroa | NAME OF SENTENCING JUDGE | |
| | The Honorable Thomas I. Vanaskie | |
| | DATES OF SUPERVISED RELEASE | FROM: August 16, 2013 — TO: August 15, 2017 |

**OFFENSE**

Conspiracy to Distribute and Possess with Intent to Distribute more than 100 Grams of Heroin – 21 U.S.C. § 846

JUDGE OETKEN     JUDGE OETKEN

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Middle   DISTRICT OF   Pennsylvania

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of New York   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

7-14-14
*Date*

/s/ Thomas I. Vanaskie
United States Circuit Judge
(Sitting by Designation on the District Court)

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Southern   DISTRICT OF   New York

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 22 2014
*Effective Date*

/s/ James C. Francis IV
United States ~~District~~ Judge